1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    CYMEYON HILL,                                No.  2:22-CV-0571-DMC-P

12                    Plaintiff,

13          v.                                     ORDER

14    AGGARWAL,

15                    Defendant.

16

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18    42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not

19    assigned to a District Judge when the case was filed.  The parties have not consented to

20    Magistrate Judge jurisdiction and the Court now finds that assignment of a District Judge is

21    necessary to properly address the case.

22          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

23    randomly assign a District Judge and to update the docket to reflect the new case number.

24

25    Dated:  April 20, 2022

26                                                _____

                                                  DENNIS M. COTA
27                                                UNITED STATES MAGISTRATE JUDGE

28

                                                  1