**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYMEYON HILL, | No. 2:22-CV-0571-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| AGGARWAL, | |
| Defendant. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On April 25, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. Timely but unintelligible objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 25, 2022, are adopted in full;

2. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 3, is denied;

3. This action is dismissed without prejudice to refiling upon pre-payment of the filing fees therefor;

4. Plaintiff's motion for transfer, ECF No. 14, is denied as moot; and

5. The Clerk of the Court is directed to enter judgment and close this file.

Dated:  October 4, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2