UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CYMEYON HILL,<br><br>        Plaintiff,<br><br>   v.<br><br>AGGARWAL,<br><br>        Defendant. | No. 2:22-CV-0571 WBS DMC P<br><br>ORDER |

----oo0oo----

        Plaintiff has filed a motion to reconsider the court's order adopting the Magistrate Judge's Findings and Recommendations, denying plaintiff's motion for leave to proceed in forma pauperis, dismissing the action without prejudice to refiling upon pre-payment of the filing fees, and denying plaintiff's motion to transfer as moot.  (See Docket Nos. 10, 15, 17.)  As with his objections to the Findings and Recommendations (Docket Nos. 11, 13), plaintiff's motion to reconsider is unintelligible.  More importantly, the court sees no error in its prior order.  Accordingly, the motion to reconsider (Docket No.

1

15) is DENIED.

    IT IS SO ORDERED.

Dated:  October 17, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE